# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 cv 00868

STATE OF NEW YORK        UNITED STATES DISTRICT COURT

Purchased/Filed: January 24, 2008

SOUTHERN DISTRICT

_The New York City District Council of Carpenters Pension Fund, et al_        Plaintiff

against

_Sterling Office Installation, LLC_        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

Jessica Miller , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on      January 29, 2008     , at   2:00pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits and Judges Rules

on

Sterling Office Installation, LLC , the

Defendant in this action, by delivering to and leaving with      Carol Vogt     ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York,    1    true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of    40    dollars; That said service

was made pursuant to Section   304 Limited Liability Company Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:    43    Approx. Wt:    118    Approx. Ht:    5'

Color of skin:   White    Hair color:   Brown   Sex:   F    Other:

Sworn to before me on this

 4th   day of       February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0800981

_SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179_