STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF NEW YORK   )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 25th day of January, 2008, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:  Sterling Office Installation, LLC
     455 Piermont Avenue
     Hillsdale, NJ 07642

                                                    _____
                                                    RICH GAGE

Sworn to before me this
29th day of January, 2008

_____
NOTARY PUBLIC

RAUL GARCIA
Notary Public, State of New York
No. 02GA6056458
Qualified in Kings County
Commission Expires April 2, 20 11